PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Regional Chief Counsel
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4801
    Facsimile: (415) 744-0134
    David.Priddy@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELLIOT NASH,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.  1:21-cv-00238-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 30-day extension of time to respond to Plaintiff's Motion for Summary Judgment, served on January 16, 2022 (doc. 13), extending the date on which Defendant's response is due from March 2, 2022, to Friday, April 1, 2022.

    Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible.  Counsel requests more time to

explore this possibility. If this case cannot be settled, then Defendant's counsel will proceed with filing Defendant's Response to Plaintiff's Motion for Summary Judgment by April 1, 2022.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: February 24, 2022   */s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE:  February 24, 2022   By   */s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 15), and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including April 1, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines set forth in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 25, 2022**         */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE