```
PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HISBN 5890
Acting Regional Chief Counsel
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA 94105
        Telephone: (510) 970-4801
        Facsimile: (415) 744-0134
        Email: David.Priddy@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELLIOT NASH,<br><br>            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Acting Commissioner of<br>    Social Security,<br><br>            Defendant. | Case No. 1:21-cv-00238-SKO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; ORDER<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by and between Elliot Nash (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the medical

evidence, including, but not limited to, all medical-source opinion evidence. The Appeals council will direct the ALJ to develop the record as necessary and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

LAW OFFICES OF FRENCESCO BENAVIDES

Date:   March 21, 2022

By:   /s/ * Francesco P. Benavides
FRANCESCO P. BENAVIDES
(*authorized by email on March 19, 2022)
Attorney for Plaintiff

Date:   March 21, 2022

PHILLIP A. TALBERT
United States Attorney
Eastern District of California

 s/ David Priddy
DAVID PRIDDY
Special Assistant United States Attorney

**ORDER**

Based upon the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.
IT IS SO ORDERED.

Dated:   **March 22, 2022**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE